Benjamin A. Cohen, Doing Business under the Name of Brunswick Mills, Respondent, *v.* Echavarria, Cabo & Cia, Ltda., Appellant.

Argued January 5, 1955; decided March 10, 1955.

*Charles C. Parlin, Jr.,* for appellant.
*Julian Liberman* for respondent.

On appeal from judgment: Judgment affirmed, with costs; no opinion.

On appeal from order: Appeal dismissed for nonfinality; no opinion.

Concur: CONWAY, Ch. J., DESMOND, DYE, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ.